MCGUIREWOODS LLP
LESLIE M. WERLIN #67994
lwerlin@mcguirewoods.com
JOCELYN R. CUTTINO #252393
jcuttino@mcguirewoods.com
1800 Century Park East, 8th Floor
Los Angeles, California 90067
Telephone: (310) 315-8200
Facsimile: (310) 315-8210

Attorneys for Defendant

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WIRELESS WAREHOUSE, INC., a Georgia corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>BOOST MOBILE, LLC, a Delaware limited liability company doing business in Irvine, California,<br><br>Defendants. | CASE NO. SACV09-1436 MLG<br><br>[~~PROPOSED~~] ORDER ON PROTECTIVE ORDER |

Having considered the stipulation of the parties by and through their counsel regarding their proposed stipulated protective order, the terms of that proposed stipulated protective order are approved it is deemed an order of this Court and IT IS SO ORDERED.

Dated: July 7, 2010

_____
Marc L. Goldman
United States Magistrate Judge

1
ORDER ON STIPULATED PROTECTIVE ORDER