JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | | |
|---|---|---|
| WIRELESS WAREHOUSE, INC. | ) | Case No. SACV 09-1436-MLG |
| | ) | |
| Plaintiff, | ) | JUDGMENT |
| | ) | |
| v. | ) | |
| | ) | |
| BOOST MOBILE, LLC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

In accordance with the Memorandum Opinion and Order filed on January 11, 2011, Defendant's Motion for Summary Judgment is GRANTED. IT IS ADJUDGED that the action be dismissed with prejudice.

Dated: January 11, 2011

_____
Marc L. Goldman
United States Magistrate Judge